B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Pennsylvania | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Somerset Regional Water Resources, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-3100533** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**139 E. Union Street**<br>**Somerset, PA**<br>ZIP Code **15501** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Somerset** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|---|

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." | ■ Debts are primarily<br>business debts. |
|---|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br><br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Somerset Regional Water Resources, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Somerset Regional Water Resources, LLC** |

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Robert O Lampl** _____
Signature of Attorney for Debtor(s)

**Robert O Lampl 19809** _____
Printed Name of Attorney for Debtor(s)

**Robert O Lampl, Attorney at Law** _____
Firm Name

**960 Penn Avenue, Suite 1200**
**Pittsburgh, PA 15222**

_____
Address

**412-392-0330  Fax: 412-392-0335** _____
Telephone Number

**November  9, 2015** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Larry Mostoller** _____
Signature of Authorized Individual

**Larry Mostoller** _____
Printed Name of Authorized Individual

**Managing Member** _____
Title of Authorized Individual

**November  9, 2015** _____
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Somerset Regional Water Resources, LLC**        Case No. _____

                             Debtor(s)          Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Admar Supply Company, Inc.**<br>**1950 Bri Hen Tl Road**<br>**Rochester, NY 14623-2510** | **Admar Supply Company, Inc.**<br>**1950 Bri Hen Tl Road**<br>**Rochester, NY 14623-2510** | **Business Debt** | **Unliquidated** | 255,149.46 |
| **B&M Seasonal Services, LLC**<br>**RR #6**<br>**Box 351 Chapel Road**<br>**Pittston, PA 18640** | **B&M Seasonal Services, LLC**<br>**RR #6**<br>**Box 351 Chapel Road**<br>**Pittston, PA 18640** | **Business Debt** | **Unliquidated** | 500,893.50 |
| **Baker Tilly Virchow Krause, LLC**<br>**10 Terrace Court**<br>**Madison, WI 53718** | **Baker Tilly Virchow Krause, LLC**<br>**10 Terrace Court**<br>**Madison, WI 53718** | **Business Debt** | **Unliquidated** | 149,155.00 |
| **C. Haer Trucking**<br>**145 Mostoller Road**<br>**Somerset, PA 15501** | **C. Haer Trucking**<br>**145 Mostoller Road**<br>**Somerset, PA 15501** | **Business Debt** | **Unliquidated** | 785,654.25 |
| **Complete Fluid Control, Inc.**<br>**9 Skyline Drive, E Suite 2**<br>**Clarks Summit, PA 18411** | **Complete Fluid Control, Inc.**<br>**9 Skyline Drive, E Suite 2**<br>**Clarks Summit, PA 18411** | **Business Debt** | **Unliquidated** | 272,301.02 |
| **DNV Energy LLC**<br>**PO Box 3467**<br>**Montgomery Avenue**<br>**Youngstown, OH 44513** | **DNV Energy LLC**<br>**PO Box 3467**<br>**Montgomery Avenue**<br>**Youngstown, OH 44513** | **Business Debt** | **Unliquidated** | 205,106.61 |
| **First Insurance Funding Corp.**<br>**450 Skokie Blvd.**<br>**Northbrook, IL 60062** | **First Insurance Funding Corp.**<br>**450 Skokie Blvd.**<br>**Northbrook, IL 60062** | **Business Debt** | **Unliquidated** | 154,907.24 |
| **FleetOne, LLC**<br>**613 Bakertown Road**<br>**Antioch, TN 37013** | **FleetOne, LLC**<br>**613 Bakertown Road**<br>**Antioch, TN 37013** | **Business Debt** | **Unliquidated** | 200,098.11 |
| **G & W Trucking, LLC**<br>**501 Pittsburgh Street**<br>**Scottdale, PA 15683** | **G & W Trucking, LLC**<br>**501 Pittsburgh Street**<br>**Scottdale, PA 15683** | **Business Debt** | **Unliquidated** | 209,340.00 |
| **G. Thomas Trucking, LLC**<br>**11 Woodcrest Drive**<br>**Clarendon, PA 16313** | **G. Thomas Trucking, LLC**<br>**11 Woodcrest Drive**<br>**Clarendon, PA 16313** | **Business Debt** | **Unliquidated** | 697,571.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Somerset Regional Water Resources, LLC**                          Case No. _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Instant Growth Hydroseeding<br>140 VIP Drive<br>Masontown, WV 26542 | Instant Growth Hydroseeding<br>140 VIP Drive<br>Masontown, WV 26542 | Business Debt | Unliquidated | 140,740.00 |
| IRS<br>PO Box 37009<br>Hartford, CT 06176-0009 | IRS<br>PO Box 37009<br>Hartford, CT 06176-0009 | Withholding Tax | Unliquidated | 1,075,000.00 |
| Kenworth of Pennsylvania<br>198 Kost Road<br>Carlisle, PA 17015 | Kenworth of Pennsylvania<br>198 Kost Road<br>Carlisle, PA 17015 | Business Debt | Unliquidated | 162,076.97 |
| Majelus, LLC<br>1380 Mt. Cobb Road<br>Lake Ariel, PA 18436 | Majelus, LLC<br>1380 Mt. Cobb Road<br>Lake Ariel, PA 18436 | Business Debt | Unliquidated | 274,806.00 |
| Midwest Oil Field Services<br>115 W. Fowler Avenue<br>Medicine Lodge, KS 67104 | Midwest Oil Field Services<br>115 W. Fowler Avenue<br>Medicine Lodge, KS 67104 | Business Debt | Unliquidated | 128,316.00 |
| NES Rentals<br>601 Pittsburgh Road<br>Butler, PA 16002 | NES Rentals<br>601 Pittsburgh Road<br>Butler, PA 16002 | Business Debt | Unliquidated | 159,785.15 |
| Patrik's Water Hauling<br>PO Box 534278<br>Pittsburgh, PA 15253-4278 | Patrik's Water Hauling<br>PO Box 534278<br>Pittsburgh, PA 15253-4278 | Business Debt | Unliquidated | 227,500.00 |
| Strong's Trucking Inc.<br>PO Box 327<br>Buffalo, NY 14231 | Strong's Trucking Inc.<br>PO Box 327<br>Buffalo, NY 14231 | Business Debt | Unliquidated | 131,891.50 |
| Waste Management<br>1001 Fannin, Suite 4000<br>Houston, TX 77002 | Waste Management<br>1001 Fannin, Suite 4000<br>Houston, TX 77002 | Business Debt | Unliquidated | 168,670.65 |
| Wex Bank<br>225 Gorham Road<br>South Portland, ME 04106 | Wex Bank<br>225 Gorham Road<br>South Portland, ME 04106 | Business Debt | Unliquidated | 135,030.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November  9, 2015**                    Signature   **/s/ Larry Mostoller**

                                                          **Larry Mostoller**
                                                          **Managing Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Somerset Regional Water Resources, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Somerset Regional Water Resources, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  9, 2015**

Date

**/s/ Robert O Lampl**

**Robert O Lampl 19809**

Signature of Attorney or Litigant

Counsel for   **Somerset Regional Water Resources, LLC**

**Robert O Lampl, Attorney at Law**
**960 Penn Avenue, Suite 1200**
**Pittsburgh, PA 15222**
**412-392-0330 Fax:412-392-0335**

ACME Door & Hardware, Inc.
667 Dillon Road
Acme, PA 15610

Admar Supply Company, Inc.
1950 Bri Hen Tl Road
Rochester, NY 14623-2510

Advantage Funding Corp.
1111 Marcus Avenue, Suite M27
New Hyde Park, NY 11042

Airesman Wood & Stone Products
441 Garrett Shortcut Road
Berlin, PA 15530

Airgas
579 Market Street
Kingston, PA 18704

Alderdice, Inc.
524 SR 4015
Meshoppen, PA 18630

Aldovin Farm Services
530 E. Avery Station Road
Tunkhannock, PA 18657

Allied Oil, LLC
PO Box 392
Manville, NJ 08835

Allied Oil, LLC
333 Technology Drive
Suite 290
Canonsburg, PA 15317

Ally
PO Box 380902
Minneapolis, MN 55438-0902

Ally Bank
PO Box 380902
Minneapolis, MN 55438-0902

Ameriserv Financial Bank
216 Franklin Street
Johnstown, PA 15907

Ameriserve
PO Box 520
Johnstown, PA 15907

Aqua Energy, LLC
1187 Audubon Drive
Clarks Summit, PA 18411

Ascentium Capital, LLC
23970 Hwy 59 N
Kingwood, TX 77339

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Auto Glass
220 Boyd Drive
Hooversville, PA 15936

B K Energy Services, Inc.
201 Stage Road
Vestal, NY 13850

B&M Seasonal Services, LLC
RR #6
Box 351 Chapel Road
Pittston, PA 18640

Baker Tilly Virchow Krause, LLC
10 Terrace Court
Madison, WI 53718

Barhite Excavating
1925 State Route 2015
PO Box 180
Union Dale, PA 18470

Bartron Supply, Inc.
109 SR 92 S. PO Box 150
Tunkhannock, PA 18657

BDI
PO Box 6128
Cleveland, OH 44101-1128

Beggs Brothers Printing, Ltd
472 Latrobe Avenue
Confluence, PA 15424

Berlin Lumber Co. Inc.
2988 Berlin Plank Road
PO Box 158
Berlin, PA 15530

BFG Supply Co., LLC
3874 Solutions Center
Chicago, IL 60677-3008

Blocker & Wallace Service, LLC
1472 Rodgers Avenue
Memphis, TN 38114

BMB Construction Services, Inc.
6178 Kingsley Road
Kingsley, PA 18826

Bob Bulas
1020 Granger Drive
Johnstown, PA 15905

Borough of Somerset Water & Sewer
PO Box 71
Somerset, PA 15501

Briggs Tire and Service
785 Baker Hill Road
Washington, PA 15301

Brindley Trucking
7556 Wolf Run Road SE
Dennison, OH 44621

Brown Hill Farms
530 E. Avery Station Road
Tunkhannock, PA 18657

Brushfire Graphics
138 Vago Road
Tunkhannock, PA 18657

C J Site Services, Inc.
2706 SR 3001
Meshoppen, PA 18630

C. Haer Trucking
145 Mostoller Road
Somerset, PA 15501

Carrie Transport & Rental
PO Box 9142
Charleston, WV 25309-0142

Centermoreland Concrete, Inc.
12 Creamery Road
Tunkhannock, PA 18657

CGI International, Inc.
1215 Henderson Avenue
Washington, PA 15301

Chamley Pipe & Salvage, LLC
5426 134th Avenue NW
Williston, ND 58801

Chenango Supply Co. Inc.
142 Susquehanna Street
Binghamton, NY 13901

Cintas
PO Box 630910
Cincinnati, OH 45263

Claverack Rural Electric
32750 Route 6
Wysox, PA 18854-8016

Clear Water Technology, LLC
785 SR 29 North
Tunkhannock, PA 18657

Cleveland Brothers Equipment Co.
4565 William Penn Highway
Murrysville, PA 15668

CME Management, LLC
165 East Union Street Suite 100
Somerset, PA 15501

Cohen & Grigsby PC
625 Liberty Avenue
Pittsburgh, PA 15222

Columbia Gas of Pennsylvania
PO Box 742537
Cincinnati, OH 45274-2537

COM of PA Solid Waste Abatement
2 Public Sqaure
Wilkes Barre, PA 18701

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601

Commonwealth Equipment Cop.
36 Hazelton Street
Wilkes Barre, PA 18706

Commonwealth of Pennsylvania
PO Box 3265
Harrisburg, PA 17105-3265

Community Bank, N.A.
198 East Tioga Street
Tunkhannock, PA 18657

Complete Business Solutions Group
141 N. 2nd Street
Philadelphia, PA 19106

Complete Fluid Control, Inc.
9 Skyline Drive, E Suite 2
Clarks Summit, PA 18411

Conestoga Equipment Finance
1033 S. Hanover Street, Suite 200
Pottstown, PA 19465

Cook Brothers Truck Parts, Co.
Assignee for Cook Brothers
76 Frederick Street
PO Box 2247
Binghamton, NY 13901

Corle Building Systems
114 Rosemont Lane
Imler, PA 16655

Craig Terrell Trucking
7 West Street
Windsor, NY 13865

Crescent Services, LLC
5749 NW 132nd
Oklahoma City, OK 73142

Cummins Power Systems, LLC
24 Pine Ridge Road
Tunkhannock, PA 18657-5961

D & L Ferguson, LLC
110 Main Street
Steubenville, OH 43953

D & L Unlimited Construction
110 Main Street
Steubenville, OH 43953

D.G. Nicholas Co.
601 Wyoming Avenue
PO Box 270
Scranton, PA 18509

Daniel J. Woy, Inc.
402 East Main Street
Somerset, PA 15501

Davis Endeavor
449 SR 3013
Meshoppen, PA 18630

Deer Ridge ENterprises, LLC
1810 Greensburg Road
North Canton, OH 44720

Dino Piergallini & Sons
41040 Cadiz-Dennison
Cadiz, OH 43907

Dish Network
428 Forbes Avenue
Pittsburgh, PA 15219

DNV Energy LLC
PO Box 3467
Montgomery Avenue
Youngstown, OH 44513

DNV Energy LLC
5777 Frantz Road
Dublin, OH 43017

Dobrinski's Truck & Trailer Sa
2467 SR SE
Tunkhannock, PA 18657

Don's Auto
216 Colesville Road
Binghamton, NY 13904

Down to Earth Equipment Rental
524 Grow Avenue
Montrose, PA 18801

E. Edward Leasing Company, Inc.
250 Seanor Road
Windber, PA 15963

Ehrlich
149 W. Cemetery Street
Wilkes Barre, PA 18706

Endless Mountain Cyberspace
120 Bridge Street
Tunkhannock, PA 18657

Endless Mountain Express, Inc.
4387 State Route 374
Nicholson, PA 18446

Entrust Bank
263 West 38th Street, 13th Floor
New York, NY 10018

Equipment Transport, LLC
1 Tyler Court
Carlisle, PA 17015

ESS Insurance Group, Inc.
316 First Avenue, 3rd Floor
PO Box 955
Kittanning, PA 16201-0955

Excel Site Rental
1530 Enterprise Drive
Kalkaska, MI 49646

F.S. Lopke Contracting, Inc.
3430 State Route 434
Apalachin, NY 13732

Far Corners Travel
221 W. Patroit
Somerset, PA 15501

Farneth Tomsovich, LLC
Frick Building Suite 1000
437 Grant Street
Pittsburgh, PA 15219

Fastenal Company
1275 Riverview Drive
Winona, MN 55987

Fike, Cascio & Boose
124 N. Center Avenue
PO Box 431
Somerset, PA 15501

First Insurance Funding Corp.
450 Skokie Blvd.
Northbrook, IL 60062

First Lease Inc.
1300 VIrginia Drive, Suite 450
Fort Washington, PA 19034

Fleetmatics USA, LLC
31500 Bainbridge Road, Suite 1
Solon, OH 44139

FleetOne, LLC
613 Bakertown Road
Antioch, TN 37013

Fleetpride
4485 Fulton Industrial Blvd SW
Atlanta, GA 30336

Ford Business Machines
700 Laurel Drive
Connellsville, PA 15425

Foster F. Wineland Inc.
2519 Cove Mountain Road
PO Box 227
Martinsburg, PA 16662-0227

Fox Ledge Inc.
1432 Bethany Turnpike
Honesdale, PA 18431

Franklin Manufacturing
237 Washout Lane
Laceyville, PA 18623

Fred Morreale
2528 Brandi Drive
Russellville, TN 37860

Frontier
1225 Jefferson Road
Rochester, NY 14623

Full Throttle Trucking, LLC
602 Pittsburgh Road, Suite 1
Uniontown, PA 15401

Fulton Electrical Services, LLC
1410 Pump Station Road
Harrisonville, PA 17228

G & W Trucking, LLC
501 Pittsburgh Street
Scottdale, PA 15683

G. Nemos Inc.
PO Box 307
Rayland, OH 43943

G. Thomas Trucking, LLC
11 Woodcrest Drive
Clarendon, PA 16313

GE Capital
C/O Ricoh USA Prog
PO Box 41564
Philadelphia, PA 19101

Geiger Development
888 Stoystown Road
Somerset, PA 15501

Geochemical Testing
2005 N. Center Avenue
Somerset, PA 15501

Geyer Gas Well Services, Inc.
c/o Louis Blauth Jr.
428 Forbes Avenue
Pittsburgh, PA 15219

Global Oil & Gas Services
PO Box 209
Girard, OH 44420

Gombar Refrigeration
6 Brittany Drive
Steubenville, OH 43953

Goodyear Commercial Tire
1167 N. Washington Street
Wilkes Barre, PA 18705

Greater Pittston Fuel
682 Tunkhannock AVenue
Pittston, PA 18643-3000

Griggs Aircraft Refinishing
17 Runway Road
Tunkhannock, PA 18657

Guttman Oil Co.
200 Speers Street
Belle Vernon, PA 15012

H & K Equipment Inc.
4200 Casteel Drive
Coraopolis, PA 15108-9725

Hale Trailer Brake & Wheel
1290 Mid Valley Drive
Jessup, PA 18434

Hampton Inn
227 Greene Plaza
Waynesburg, PA 15370

Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258

Harrison Community Hospital
951 East Market Street
Cadiz, OH 43907

Hartman Drug and Health
9525 ROute 422 W.
Shelocta, PA 15774

Haun Welding Supply Inc.
5921 Court Street Road
Syracuse, NY 13206

Hayden Excavating, LLC
955 8th Street
Waynesburg, PA 15370

Herring Motors
Attn: Pat Herring
286 Neilan Road
Somerset, PA 15501

Hinerman Automative, Inc.
1005 East Greene Street
Waynesburg, PA 15370

Holloman & Morgan, LLC
2929 Buffalo Speedway
Unit 1311
Houston, TX 77098

Hose Pro Inc.
905 PA-92
Tunkhannock, PA 18657

Independent Water Solutions
1 Tyler Court
Carlisle, PA 17015

Industrial Electronics Inc.
1009 Madison Avenue
Scranton, PA 18510

Industrial Finance Inc.
188 Lafayette Avenue
Hawthorne, NJ 07506

Instant Growth Hydroseeding
140 VIP Drive
Masontown, WV 26542

IRS
PO Box 37009
Hartford, CT 06176-0009

ISCO Industries, Inc.
1974 Solutions Center
Chicago, IL 60677

ISN Software Corporation
3232 McKinney Avenue, #1500
Dallas, TX 75204

ITI Trailers & Truck Bodies
8535 Mason Dixon Highway
Meyersdale, PA 15552

J&J Sales & Service
10186 SR 367
Laceyville, PA 18623

James A. Hawk
120 Campground Lane
Tunkhannock, PA 18657

James C. Dawes Company
250 N. Zane Hwy
Martins Ferry, OH 43935

James M. Patton
126 1/2 Apt 1 North Main Street
Cadiz, OH 43907

Jefferson Landmark, Inc.
1525 State Hwy 152
Bloomingdale, OH 43910

Jennings Body Shop
247 Grant Street
Chambersburg, PA 17201

Jerry Ross Welding & Supply
121 Dark Hollow Road
Tunkhannock, PA 18657

JJ Keller & Associates, Inc.
3003 Breezewood Lane
Neenah, WI 54957

JMD Company
5401 Progress Blvd.
Bethel Park, PA 15102

Joe Vibbard
5459 SR 29
Springville, PA 18844

John Deere Financial
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600

John Kropa
2390 SR 167
Hop Bottom, PA 18824

Joyce Walker
161 Forward Blvd.
Somerset, PA 15501

JRG Transport, LLC
105 Rano Blvd.
Vestal, NY 13850

JVFD
PO Box 236
Jefferson, PA 15344

K & K Tire Barn
15 Virginia Drive
Tunkhannock, PA 18657

K & R Commercial Tire
125 Bigelow Street
Jeannette, PA 15644

K & R Painting & Decorating
137 E. Catherine Street
Somerset, PA 15501

Kane's Ideal Truck Service, LLC
1215 Henderson Avenue
Washington, PA 15301

Kaufman Dolowich & Voluck LLC
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Kee Equipment Services
2821 State Route 487
Orangeville, PA 17859

Keilix Energy, LLC
PO Box L
Wright, WY 82732

Keller Crushing & Screening
158 Anderson Road
Tunkhannock, PA 18657

Kenworth of Pennsylvania
198 Kost Road
Carlisle, PA 17015

Key Way Auto
366 East Main
Somerset, PA 15501

Keystone Clearwater Solutions
310 Seven Fields Blvd. #151
Mars, PA 16046

Kiley Associates, LLC
536 Purdytown Tpke
Lakeville, PA 18438

Kimberly Stevens
1301 Button Road
Springville, PA 18844

Kings Motel
6965 McCartney Road
Lowellville, OH 44436

KLW Environmental Services
305 Lane Road
Kingsley, PA 18826

Kozlowski Trucking & Repair
4984 SR 106
Union Dale, PA 18470

Lackawanna County Tax/Treasurer
135 Jefferson Avenue
Scranton, PA 18503

Lake Adventure Comm Assn Inc.
105 Office Way N
Milford, PA 18337

Lane's Crane Service Co.
1024 Springbrook Avenue
Moosic, PA 18507

Larry L. Mostoller Jr.
826 Sheep Ridge Drive
Somerset, PA 15501

Laurel Cleaning
7203 Penn Avenue
Somerset, PA 15501

Leaf
2005 Market Street, 15th Floor
Philadelphia, PA 19103

Lee Supply Co. Inc.
PO Box 640335
Pittsburgh, PA 15264-0335

Legacy Truck Centers, Inc.
178 Lewis Drive
Somerset, PA 15501

Link Computer Corporation
Stadium Drive
PO Box 250
Bellwood, PA 16617

Locate Logistics
6945 S. Magic Court, Suite B-7
Gilbert, AZ 85298

Majelus, LLC
1380 Mt. Cobb Road
Lake Ariel, PA 18436

Marie Turner, Inc.
6178 Kingsley Road
Kingsley, PA 18826

Mark Springville Associates, LP
PO Box 1389
Kingston, PA 18704

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101

Marteeny Landscape Inc.
3894 Coxes Creek Road
Somerset, PA 15501

Mattern Tire
349 Lincoln Avenue
Cadiz, OH 43907

Matthews Lubricants Inc.
2899 Grand Avenue
Pittsburgh, PA 15225

McCarthy Tire Service Company
241 East Garrett Street
Somerset, PA 15501

McCarty Equipment Co. Ltd
1802 S. Treadway Blvd.
Abilene, TX 79602

Mels Truck Services
4 Northpointe Industrial Park
Bruceton Mills, WV 26525

Meshoppen Crushing, LLC
PO Box 127
131 Frantz Road
Meshoppen, PA 18630

Midwest Oil Field Services
115 W. Fowler Avenue
Medicine Lodge, KS 67104

Mike Presuhn
538 Sipesville Road
Sipesville, PA 15561

Mile Hill Auto Parts, Inc.
308 West Tioga Street
Tunkhannock, PA 18657

MK Contractors, Inc.
42 Coolbaugh Road, Suite 1
Wysox, PA 18854

Modern Auto
245 East Market Street
Cadiz, OH 43907

Montana-Dakota Utilities Co.
PO Box 5600
Bismarck, ND 58506-5600

Montrose Auto Parts
623 Grow Avenue
Montrose, PA 18801

Morocco Welding, LLC
113 Morocco Street
Somerset, PA 15501

MRT Transportation
1 Elizabeth Drive
Tunkhannock, PA 18657

Mulligan Printing Corp.
110 East Harrison Street
Tunkhannock, PA 18657

Murrysville Machinery Company
1000 Commercial Court
Irwin, PA 15642

Musser Engineering, Inc.
7785 Lincoln Hwy
Central City, PA 15926

N & L Transportation, Inc.
1000 Dunham Drive
Scranton, PA 18512

Napa N.E. Auto & Truck Parts
976 Broadway
Bayonne, NJ 07002

NES Rentals
601 Pittsburgh Road
Butler, PA 16002

New Milford Hardware, Inc.
PO Box 298
369 Main Street
New Milford, PA 18834

New Milford Municipal Authority
948 Main Street, Suite 2
New Milford, PA 18834

Newell Fuel Service
108 S. Memorial Hwy
Shavertown, PA 18708

NexTier Bank, N.A.
245 Pittsburgh Road
P.O. Box 1232
Butler, PA 16003

Nextraq
PO Box 538566
Atlanta, GA 30353-8566

Nicholson Borough Authority
Box 324
Nicholson, PA 18446

Nicholson Lumber Co.
PO Box 310
4 Main Street
Nicholson, PA 18446

Nicoles Office Works
PO Box 831
Hallstead, PA 18822

Nivert Metal Supply, Inc.
1100 Marshwood Road
Scranton, PA 18512

North Carolina Dept. of Revenue
PO Box 25000
Raleigh, NC 27640-0615

North Star Equipment
213 Trading Post Road
Stoystown, PA 15563

Northeast Hydraulics, Co.
100 Frieda Street
Scranton, PA 18519

Northern Safety Co. Inc.
PO Box 4250
Utica, NY 13504-4250

Nu Feeds Inc.
16 Aldovin Road
Tunkhannock, PA 18657

Oester Trucking, Inc.
10268 Mason Dixson Highway
Salisbury, PA 15558

Office Equipment Source Inc.
227 W. Water Street
Elmira, NY 14901

Ohio Department of Taxation
Attn: Business Taxes
PO Box 2476
Columbus, OH 43216-2476

PA Department of Revenue
Bureau of Business Trust Fund Taxes
P. O. Box 280904
Harrisburg, PA 17128-0904

PA Local WH Tax
The Mall at Streamtown
300 Lackawanna Avenue Unit 225
Scranton, PA 18503

PA Turnpike Commission
8000 C. Derry Street
Harrisburg, PA 17111

PACCAR Financial
240 Gibraltar Road
Horsham, PA 19044

Pacemaker Steel
2 North Floral Avenue
Binghamton, NY 13901

Paraco Gas
Sycamore Square
2510 Route 44 Suite 8
Salt Point, NY 12578-8041

Patrick Hoopes Trucking Inc.
437 Northern Potter Road
Ulysses, PA 16948

Patrik's Water Hauling
PO Box 534278
Pittsburgh, PA 15253-4278

PCS Pro Services
103 Hannah Lane
Waynesburg, PA 15370

Pendulum Strategies, LLC
1011 Reserve Champion Drive
Rockville, MD 20850

Penelec
P.O. Box 3687
Akron, OH 44309-3687

Pennoni Associates, Inc.
One Drexel Plaza
3001 Market Street
Philadelphia, PA 19104

Penteledata
540 Delaware Avenue
Wilkes Barre, PA 18701

Peoples State Bank
76 Church Street
PO Box 217
Wyalusing, PA 18853

Peoples United Equipment
1300 Post Oak Blvd., Suite 1300
Houston, TX 77056

Peoples United Equipment
PO Box 203
Brattleboro, VT 05302

Petro Choice
1826 Six Mile Run Road
Riddlesburg, PA 16672

Pile's Concrete Co. Inc.
115 Pickett Lane
Friedens, PA 15541

Platte Valley Bank/CH Brown
PO Box 789
Wheatland, WY 82201

Platte Valley Bank/CH Brown
120 West Frontage Road
Wheatland, WY 82201

Polar Jarco Service Centers
8 Carpenter Drive
Salem, IL 62881

Portable Space
PO Box 3044
Pittston, PA 18643

Powerplan
300 Galleria Parkway, Suite 2100
Atlanta, GA 30339

PPL Electric Utilities
2 North 9th Street
CPU-Genn1
Allentown, PA 18101-1175

Precision Glass Company
5390 School Road
New Milford, PA 18834

Pump N Pantry
620 Hunter Highway
Tunkhannock, PA 18657

Qualawash Holdings, LLC
320 Pittsburgh Street
Coraopolis, PA 15108

Quantum Labs, Inc.
Dickson City Industrial Park
824 Enterprise Street
Scranton, PA 18519-1593

R & D Watters, Inc.
1564 E. Roy Furman Hwy
Carmichaels, PA 15320

R.G. Brown Refuse
48716 Route 6
Laceyville, PA 18623

R.M. Manufacturing Sales
413 Jefferson Road
Waynesburg, PA 15370

R.S. Fritz Trucking
660 Knouse Road
Benton, PA 17814

Rackspace
1 Fanatical Place City of Wincrest
San Antonio, TX 78218

Rain for Rent
File 52541
Los Angeles, CA 90074-2541

Randy Wiernusz
211 Shaffer Lane
Tunkhannock, PA 18657

Reeves Rent-A-John, Inc.
RR 1 Box 482
1015 WHites Ferry Road
Falls, PA 18615

Ridge Electric
Ridge Electric Inc.
156 Brush Creek Road
Fairhope, PA 15538

Ritco, Inc.
360 Valley Drive
Somerset, PA 15501

Roger Berti
565 Hoover Road
Somerset, PA 15501

Romersberg Trucking, Inc.
925 Byers Road
Somerset, PA 15501

Safety-Kleen Systems, Inc.
PO Box 382066
Pittsburgh, PA 15250-8066

Satellite Shelters, Inc.
2530 Xenium Lane N. Suite 150
Minneapolis, MN 55441

Shaffer Block & Concrete Products
951 S. Edgewood Avenue
Somerset, PA 15501

Sherwin Williams
811 South Washington Avenue
Scranton, PA 18505-3895

Sherwood Freightliner
107 Monahan Avenue
Scranton, PA 18512

Shinn Construction
7307 160th Street
Albia, IA 52531

Sidwell Materials Inc.
4620 Limestone Valley Road
Zanesville, OH 43701

Skyhaven Airport Inc.
17 Runway Road
Tunkhannock, PA 18657

Skyliner Service Center
419 Highway 315
Pittston, PA 18640

Smith Concrete
1050 Old US 119 Hwy S
Homer City, PA 15748

Somero Enterprises, Inc.
46980 State Highway M26
Houghton, MI 49931

Somerset Tire Inc.
226 Alisa Street
Somerset, PA 15501

Somerset Township Municipal Authority
PO Box 247
Somerset, PA 15501

Somerset Trust
151 W. Main Street
Somerset, PA 15501

South Central Power Co.
37801 Barnesville Road Bethesda Road
Barnesville, OH 43713

Southwestern Paint Co. Katy
403 W. Grand Parkway
Houston, TX 77219

Staar Trucking LLC
560 Myrtle Street
Reynoldsville, PA 15851

Stadium International
578 Conkiln Road
Binghamton, NY 13903

Stanga's Fire Ext.
4309 Glades Pike, Suite #20
Somerset, PA 15501

Stearns Bank
140 5th Street
Albany, MN 56307

Steve Bratton Trucking
26 W. John Street Ext.
Mc Veytown, PA 17051

Strong's Trucking Inc.
PO Box 327
Buffalo, NY 14231

Sugar Hollow Corp.
622 Sugar Hollow Road
Tunkhannock, PA 18657

Sugar Hollow Water Services, LLC
21 Sugar Hollow Road
Tunkhannock, PA 18657

Susquehanna Gas Field Services
Frantz Road
Meshoppen, PA 18630

Susquehanna River Basin Commis
4423 North Front Street
Harrisburg, PA 17110-1788

T.C. Starter & Generator
Main Street
PO Box 121
New Milford, PA 18834

TBC Sales and Distribution, LLC
4800 San Felipe
Houston, TX 77056

TD Canaan, LLC
PO Box 41
Coudersport, PA 16915

Tek Supply
1395 John Fitch Blvd.
South Windsor, CT 06074-1029

Tetra Financial
6995 Union Park Center
Midvale, UT 84047

The Dime Bank
820 Church Street
PO Box 509
Honesdale, PA 18431-0509

The KSA Group
205 State Street
Harrisburg, PA 17101

The Skidder Shop
108 SR 92 S
Tunkhannock, PA 18657

Titan Transfer, Inc.
897 Route 706
Wyalusing, PA 18853

Tomcat Truck and Tank Wash
12 Frear Hill Road
Tunkhannock, PA 18657

Tony Wisnosky
Jeanne Wisnosky
125 Bridge Street
Tunkhannock, PA 18657

TRF Trucking
1891 Lynn Cenetary Road
Springville, PA 18844

Tri State Trucking Company
2917 South Main Street
Mansfield, PA 16933

United Hospital Center
327 Medical Park Drive
Bridgeport, WV 26330

United Rentals North America
2225 Sans Souci Parkway
Wilkes Barre, PA 18706

United States Treasury
1020 Granger Drive
Johnstown, PA 15905

UPMC
PO Box 371843
Pittsburgh, PA 15250-7842

US Standard Products
PO Box 668985
Pompano Beach, FL 33066

Vacuum Truck Rentals, LLC
305 Walker Circle
Richland, MS 39218

Vanduzer's Service Station
232 E. Tioga Street
PO Box 418
Tunkhannock, PA 18657

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

VFI Corporate Finance
6340 South 3000 East, 4th Floor
Salt Lake City, UT 84121

Vince Carolan
108 North Abington Road
Clarks Summit, PA 18411

W K Enterprises
3034 Stutzmantown Road
Somerset, PA 15501

W W Friedline, Inc.
1027 Pleasant Hill Road
Somerset, PA 15501

W.C. McQuaide, Inc.
153 Macridge Avenue
Johnstown, PA 15904-2995

Wabash National Trailer Center
4780 Vasquez Blvd.
Denver, CO 80216

Wade Vosburgh
9225 Kingsley Road
Kingsley, PA 18826

Wades, Inc.
71 North Maiden Street
Waynesburg, PA 15370

Walker Services, Inc.
862 Overlook Drive
Somerset, PA 15501

Waste Management
1001 Fannin, Suite 4000
Houston, TX 77002

Waterboyz
826 Sheep Ridge Road
Somerset, PA 15501

Waynesburg Police Department
90 East High Street
Waynesburg, PA 15370

Weimer's Blacksmith & Welding
842 South Edgewood Avenue
Somerset, PA 15501

Weir & Partners, LLP
1339 Chestnut Street, Suite 500
Widener Building
Philadelphia, PA 19107

Wells Fargo Equipment Finance
14 Mennert Road
Flemington, NJ 08822

West Penn Power
401 Coyle Curtain Road
Monongahela, PA 15603

West Penn Tech
763 Baker Hill Road
Washington, PA 15301

Wex Bank
225 Gorham Road
South Portland, ME 04106

Wilgus & Co.
318 Lincoln Avenue
PO Box 186
Cadiz, OH 43907

Williams Lubricants, Inc.
805 Hatch Street
Elmira, NY 14901

Windstream
PO Box 9001908
Louisville, KY 40290

Work Well Occipational Service
PO Box K
221 W. Tioga Street
Tunkhannock, PA 18657

Xerox Corporation
PO Box 827598
Philadelphia, PA 19182-7598

Xylem Dewatering Solutions Inc.
1 International Drive
Port Chester, NY 10573

Z F Stone Works
1819 Phillips Road
Springville, PA 18844