UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3
Liberty Center, Suite 970
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
Email: Heather.Sprague@usdoj.gov

By: Heather Sprague, Trial Attorney

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NUMBER: |
|---|---|
| Somerset Regional Water Resources, LLC, | 15-70766-JAD |
| DEBTOR | CHAPTER 11 |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above referenced case:

1. Patrik's Water Hauling USA, Ltd., 388 Elmira St., Troy, PA 16947
   Attn: Alan Ewasiuk
   Tel. (780) 955-8878
   Fax (780) 955-8857
   alan@pwhltd.com

2. ADMAR Supply Co. Inc., 1950 Brighton Henrietta TN LN Rd., Rochester, NY 14623
   Attn: Mike Tanea
   Tel. (585) 662-1392
   Fax (585) 295-9399
   miket@admarsupply.com

3. Motor Truck Equipment Co., P.O. Box 1922, Carlisle, PA 17013
   Attn: Tim Mitchell
   Tel. (717) 766-8000
   Fax (717) 766-3596
   tmitchell@kwofpa.com

Date: December 1, 2015                ANDREW R. VARA
                                      ACTING UNITED STATES TRUSTEE
                                      Region 3

                                      By: /s/Heather A. Sprague
                                          Heather A. Sprague
                                          Trial Attorney
                                          Heather.Sprague@usdoj.gov