IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.: 15-70766 JAD |
| | ) | |
| Somerset Regional Water Resources, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No. \_\_\_\_ |
| | ) | |
| | ) | Related to Document No. 1354 |

## STATUS REPORT

The Trustee, Charles O. Zebley, Jr., through his counsel, Zebley Mehalov & White, files this status report.

1. The case started as a chapter 11 on November 9, 2015. The case converted to chapter 7 on February 25, 2016. Charles O. Zebley, Jr. serves as trustee.

2. During 2021 Trustee collected $5,634.87 in royalties. In January 2022 Trustee collected another $1,720.16 in royalties..

3. There are 161 claims filed in this case, which the Trustee has begun reviewing.

4. Trustee's projection remains that any distribution will go to cover the chapter 7 administrative claims where Trustee should be the largest unpaid claimant. (Trustee acknowledges that his commission and attorney's fees remain subject to review by the United States Trustee (UST) and approval by the bankruptcy court). Trustee also has unreimbursed expenses exceeding $3,000. This in itself incentivizes the Trustee to finish with the case.

5. Other cases have occupied Trustee's time. This includes a trustee-chapter 7 case where Trustee funds himself superintending a mine closure.

6. Covid related disruptions to his office, and the loss of key assistants have also hindered Trustee giving more attention to this case.

7. Trustee and his assistant estimate it will take five days to finish the TFR in compliance with the UST requirements.

8. Trustee's interim report that he submits annually to the UST is due January 31, 2022. Thereafter, Trustee believes he can submit a Trustee's final report to the UST in this case by March 31, 2022.

Dated: January 28, 2022

BY /s/ Charles O. Zebley, Jr.
Trustee's Signature
Charles O. Zebley, Jr., Trustee
Zebley, Mehalov & White, P.C.
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com